JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SIGMA MECHANICAL, INC., a California corporation; FRED JAFARI, an individual; and MALIHE JAFARI, an individual,<br><br>Defendants. | CASE NO.: CV 10-01310 JFW (SSx)<br><br>ASSIGNED TO THE HONORABLE JOHN F. WALTER<br><br>**JUDGMENT**<br><br>[Fed.R.Civ.Pro. 55(b)(2)]<br><br>Western Division<br>312 N. Spring Street<br>Los Angeles, CA 90012 |

After full consideration of the evidence, and the authorities submitted by counsel, and for good cause shown:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiffs the Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the

1  Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and
2  Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National
3  Pension Fund, and Trustees of the International Training Fund shall recover from
4  defendants Sigma Mechanical, Inc., a California corporation, Fred Jafari, an individual,
5  and Malihe Jafari, and individual, the principal amount of $5,083.21 (consisting of
6  liquidated damages for untimely paid fringe benefit contributions for the months of
7  November 2009 and January 2010 in the amount of $4,501.16, and interest in the
8  amount of $582.05), attorney's fees of $3,876.50 and costs of $721.45, plus post-
9  judgment interest as provided by law from the date of entry of the judgment herein.

Dated: June 14, 2010

_____
UNITED STATES DISTRICT JUDGE

Presented May 17, 2010 by:

LAQUER URBAN CLIFFORD & HODGE LLP

By: /s/ Matthew T. Bechtel
    MATTHEW T. BECHTEL
Attorney for Plaintiffs,
Trustees of the Southern California Pipe Trades Health
and Welfare Trust Fund, et al.